## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT DELAWARE

| | |
|---|---|
| FO2GO LLC,<br><br>                Plaintiff,<br><br>v.<br><br>PINTEREST, INC.,<br><br>                Defendant. | C.A. No. 15-097-RGA |
| FO2GO LLC,<br><br>                Plaintiff,<br><br>v.<br><br>SMUGMUG, INC.,<br><br>                Defendant. | C.A. No. 15-099-RGA |
| FO2GO LLC,<br><br>                Plaintiff,<br><br>v.<br><br>SNAPCHAT, INC.,<br><br>                Defendant. | C.A. No. 15-100-RGA |
| FO2GO LLC,<br><br>                Plaintiff,<br><br>v.<br><br>TUMBLR, INC. and YAHOO! INC.,<br><br>                Defendant. | C.A. No. 15-101-RGA |

## FINAL JUDGMENT OF INVALIDITY

Judgment of invalidity of claims 1-5 of U.S. Patent No. 7,173,651 is hereby ENTERED for the defendants and against the plaintiff. The Clerk of the Court is directed to close these cases.

IT IS SO ORDERED this 23 day of March, 2016.

*Richard G. Andrews*
HON. RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE